No. 71–5461.  SOWUL v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 71–5463.  GRUBB ET AL. v. WORKMEN'S COMPENSATION APPEALS BOARD ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 71–5469.  BARBOUR v. NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 71–5471.  BENNETT v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 71–5472.  BLANKS v. MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 71–5475.  CAGLE v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 70–193.  RUSSO v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.  MR. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 70–280.  SUMMERLIN v. OHIO.  Sup. Ct. Ohio. Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and judgment reversed.

No. 70–5060.  CAMPOS-SERRANO v. UNITED STATES. C. A. 7th Cir.  Certiorari denied.  MR. JUSTICE POWELL and MR. JUSTICE REHNQUIST took no part in the consideration or decision of this petition.

No. 71–480.  TOBIAS v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.